# EXHIBIT "C"

**LIST OF ALL COUNSEL OF RECORD**

**Counsel for Plaintiffs Corral and Lorena Corral**
Brent L. Klender
Christopher Miller
Harold McCall
Don Crook
Wayne Wright, LLP.
5707 Interstate 10 West
San Antonio, Texas  78201
Telephone:  (210) 734-7077
Facsimile:  (210) 734-9965

**Counsel for Defendant Liberty Mutual Insurance Company**
Catherine L. Hanna
Laura D. Tubbs
Hanna & Plaut, L.L.P.
211 East Seventh Street, Suite 600
Austin, Texas  78701
Telephone:  (512) 472-7700
Facsimile:  (512) 472-0205