IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MANUEL J. CORRAL and LORENA CORRAL, | § § § | |
| Plaintiffs, | § § | |
| v. | § | EP-17-CV-128-DB |
| LIBERTY MUTUAL INSURANCE COMPANY and KEVIN BROWN, | § § § § | |
| Defendants. | § | |

# FINAL JUDGMENT

On this day, the Court issued an order dismissing all claims in the above-captioned case. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**SIGNED** this **16th** day of **August 2017**.

_____
DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE